**DISMISS and Opinion Filed May 11, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00679-CV

## JCB DALLAS, LLC, JCB, INC., J.C. BAMFORD EXCAVATORS, LTD., AND JEREMY JOHNSON, Appellant
## V.
## ART GILFUS, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. Dc-19-20010**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Smith
Opinion by Justice Goldstein

The Court has before it the April 30, 2021 joint motion to dismiss the appeal, stating the parties have reached a settlement in the above cause and have agreed to bear their own costs. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

200679F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

JCB DALLAS, LLC, JCB, INC., J.C.
BAMFORD EXCAVATORS, LTD.,
AND JEREMY JOHNSON,
Appellant

No. 05-20-00679-CV      V.

ART GILFUS, Appellee

On Appeal from the 160th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. Dc-19-20010.
Opinion delivered by Justice
Goldstein. Justices Molberg and
Smith participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 11th day of May 2021.